## CONSENT TO BECOME PARTY PLAINTIFF

*Yahraes, et al. v. Levy Restaurants, Inc., Amerivents,
JKDella Sales Dimensions, Inc., Scott Frain and James Della Pace*
United States District Court for the Eastern District of New York
Case No. 1:10-cv-00935-SLT-SMG

By my signature below, I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on my behalf by the Plaintiffs and so designate the Plaintiffs as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs and all other matters pertaining to this lawsuit.

_Jorge Acosta_
Signature

_Jorge Acosto_
Full Legal Name (Print)

_137-60 45 Ave apt. 1J_
Address

_Flushing, NY, 11355_
City, State and Zip Code

_7183093691_
Telephone Number

_georgiacosta7@gmail.com_
E-mail Address

Please Return This Form To The Clerk Of Court At United States District Court, Eastern District Of New York, 225 Cadman Plaza East, Brooklyn, NY 11201 Or To Plaintiffs' Counsel At:

Abbey Spanier Rodd & Abrams, LLP
Attn: U.S. Open Collective Action Lawsuit
212 East 39th Street
New York, NY 10016

Or Fax To: 212-684-5191

If You Send This Form To Plaintiffs' Counsel, Please Send It In Time For Filing With The Court By May 2, 2011.