# EXHIBIT A

**YAHRAES V. RESTAURANT ASSOCIATES EVENTS CORP.,** *et. al.*
**EXPENSE REPORT OF**
**ABBEY SPANIER RODD & ABRAMS, LLP**
**(Inception through January 1, 2013)**

| <u>Categories</u>: | <u>Amount</u> |
|---|---:|
| Travel | $3,892.25 |
| Depositions/Transcripts | $6,599.96 |
| Document Retrieval | $475.41 |
| Electronic Legal Research (Lexis, Pacer, etc.) | $9,595.33 |
| Filing, Court, Witness Fees, Service of Process | $1,180.00 |
| Messenger/Fedex | $722.75 |
| Postage | $3.15 |
| Copy/Duplication | $5,793.90 |
| **TOTAL EXPENSES:** | **$28,222.75** |